**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | | | |
|---|---|---|---|
| In re: | TO SERVE CONTRACTING LLC | § | Case No. 24-15439-nmc |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Robert E. Atkinson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $269,801.08 | Assets Exempt: | $0.00 |
| Total Distribution to Claimants: | $11,471.42 | Claims Discharged Without Payment: | $1,082,061.92 |
| Total Expenses of Administration: | $13,178.58 | | |

3) Total gross receipts of $24,650.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $24,650.00 from liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 364,322.00 | 364,322.00 | 0.00 |
| PRIORITY CLAIMS<br>CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,178.58 | 13,178.58 | 13,178.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,603.98 | 2,603.98 | 2,603.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 753,414.73 | 710,446.16 | 710,446.16 | 8,867.44 |
| **TOTAL DISBURSEMENTS** | **$753,414.73** | **$1,090,550.72** | **$1,090,550.72** | **$24,650.00** |

4) This case was originally filed under Chapter 7 on 10/17/2024. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2026 By: /s/ Robert E. Atkinson
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| VEHICLES AND TRAILERS | 1129-000 | 24,650.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,650.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | STARION BANK | 4210-000 | N/A | 364,322.00 | 364,322.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **N/A** | **$364,322.00** | **$364,322.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert E. Atkinson | 2100-000 | N/A | 3,215.00 | 3,215.00 | 3,215.00 |
| Robert E. Atkinson | 2200-000 | N/A | 2,933.06 | 2,933.06 | 2,933.06 |
| McManus Auctions | 3610-000 | N/A | 6,162.50 | 6,162.50 | 6,162.50 |
| Flagstar Bank, N.A. | 2600-000 | N/A | 68.02 | 68.02 | 68.02 |
| STATE OF CALIFORNIA | 2990-000 | N/A | 800.00 | 800.00 | 800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$13,178.58** | **$13,178.58** | **$13,178.58** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

| | |
|---|---|
| None | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | MINNESOTA S CORPORATION INCOME TAX | 5800-000 | N/A | 892.42 | 892.42 | 892.42 |
| 5 | FRANCHISE TAX BOARD | 5800-000 | N/A | 1,711.56 | 1,711.56 | 1,711.56 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$2,603.98** | **$2,603.98** | **$2,603.98** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LES EXTENSION, LLC | 7100-000 | N/A | 6,404.86 | 6,404.86 | 79.96 |
| 2 | LES EXTENSION, LLC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| 3 | MINNESOTA S CORPORATION INCOME TAX | 7300-000 | N/A | 99.90 | 99.90 | 0.00 |
| 4 | EISNER ADVISORY GROUP LLC | 7100-000 | 76,931.53 | 72,131.95 | 72,131.95 | 900.53 |
| 5 | FRANCHISE TAX BOARD | 7100-000 | N/A | 0.28 | 0.28 | 0.00 |
| 5 | FRANCHISE TAX BOARD | 7300-000 | N/A | 72.00 | 72.00 | 0.00 |
| 6 | TRAVELERS PROPERTY CASUALTY | 7100-000 | N/A | 97,270.97 | 97,270.97 | 1,214.38 |
| 9 | American Builders and Contractors Supply Co., Inc. | 7100-000 | 296,000.00 | 304,466.20 | 304,466.20 | 3,801.12 |
| 10 | GALVAN EXTERIORS LLC | 7100-000 | N/A | 30,000.00 | 30,000.00 | 374.54 |
| 11 | DANNY MONROE | 7100-000 | N/A | 200,000.00 | 200,000.00 | 2,496.91 |
| NOTFILED | Citi | 7100-000 | 9,141.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Elizabeth “Libby” Faulkner | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | J. Chandler King | 7100-000 | 16,990.56 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Starion Bank | 7100-000 | 354,351.05 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$753,414.73** | **$710,446.16** | **$710,446.16** | **$8,867.44** |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 1

**Case Number:** 24-15439 NMC
**Case Name:** TO SERVE CONTRACTING LLC

**Period Ending:** 03/11/26

**Trustee:** Robert E. Atkinson
**Filed (f) or Converted (c):** 10/17/24 (f)
**§341(a) Meeting Date:** 11/22/24
**Claims Bar Date:** 04/25/25

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FINANCIAL ACCOUNTS<br>US Bank Checking 7939 | 420.18 | 420.18 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE<br>Over 90 days old: doubtful or uncollectible accounts:<br>264,330.90 | 264,330.90 | 10,000.00 | | 0.00 | FA |
| 3 | VEHICLES AND TRAILERS<br>2 Trailers - (1)TRA/REM 6X12CGRCM - VIN<br>#4YMBC1216KM000590 - $750.00<br>(2) J&L□s Cargo Express Seria#4U01C14215A023966 -<br>$1,300.00<br>Located in South Carolina<br>$0.00 | 2,050.00 | 2,050.00 | | 0.00 | FA |
| 4 | VEHICLES AND TRAILERS<br>2017 GMC Yukon Denali, Mileage 105,000 | 21,099.00 | 18,487.50 | | 24,650.00 | FA |
| 5 | VEHICLES AND TRAILERS<br>2011 Chevy Express VIN#1GCZGTCG8B1142560<br>Location: Morrie□s Minnetonka Ford<br>13400 Wayzata Blvd, Minnetonka, MN 55305 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 6 | GENERAL INTANGIBLES<br>Domain name www.toservecontracting.com | 0.00 | 0.00 | | 0.00 | FA |
| 7 | CLAIMS<br>Claims against Larry Laughlin | Unknown | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$290,900.08** | **$33,957.68** | | **$24,650.00** | **$0.00** |

**Major activities affecting case closing:**
Asset: vehicle

4/21/25 - Received check for the sale of truck
1/20/25 - Filed NOA

**Initial Projected Date of Final Report (TFR):** May 25, 2025

**Current Projected Date of Final Report (TFR):** August 27, 2025 (Actual)

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record



**Case Number:** 24-15439 NMC
**Case Name:** TO SERVE CONTRACTING LLC
**Taxpayer ID#:** **-***7851
**Period Ending:** 03/11/26

**Trustee:** Robert E. Atkinson
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******0718 - Checking
**Blanket Bond:** $32,560,907.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/21/25 | | McManus Auctions | Net auction proceeds from the sale of vehicle (sold per court order - see report of sale ECF #39) | | | 18,487.50 | | 18,487.50 |
| 04/21/25 | Asset #4 | | Gross auction proceeds | 24,650.00 | 1129-000 | | | 18,487.50 |
| 04/21/25 | | McManus Auctions | Auction commission, paid per court order [ECF #35] | -6,162.50 | 3610-000 | | | 18,487.50 |
| 04/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 8.01 | 18,479.49 |
| 05/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.03 | 18,449.46 |
| 07/01/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 29.98 | 18,419.48 |
| 09/26/25 | 1001 | Robert E. Atkinson | Dividend of 100.000% | | 2100-000 | | 3,215.00 | 15,204.48 |
| 09/26/25 | 1002 | Robert E. Atkinson | Dividend of 100.000% | | 2200-000 | | 2,933.06 | 12,271.42 |
| 09/26/25 | 1003 | STATE OF CALIFORNIA | Dividend of 100.000%, Claim # 7 | | 2990-000 | | 800.00 | 11,471.42 |
| 09/26/25 | 1004 | MINNESOTA S CORPORATION INCOME TAX | Dividend of 100.000%, Claim # 3 | | 5800-000 | | 892.42 | 10,579.00 |
| 09/26/25 | 1005 | FRANCHISE TAX BOARD | Dividend of 100.000%, Claim # 5 | | 5800-000 | | 1,711.56 | 8,867.44 |
| 09/26/25 | 1006 | LES EXTENSION, LLC | Dividend of 1.248%, Claim # 1 | | 7100-000 | | 79.96 | 8,787.48 |
| 09/26/25 | 1007 | EISNER ADVISORY GROUP LLC | Dividend of 1.248%, Claim # 4 | | 7100-000 | | 900.53 | 7,886.95 |
| 09/26/25 | 1008 | TRAVELERS PROPERTY CASUALTY | Dividend of 1.248%, Claim # 6 | | 7100-000 | | 1,214.38 | 6,672.57 |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 24-15439 NMC
**Case Name:** TO SERVE CONTRACTING LLC
**Taxpayer ID#:** **-***7851
**Period Ending:** 03/11/26

**Trustee:** Robert E. Atkinson
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******0718 - Checking
**Blanket Bond:** $32,560,907.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/25 | 1009 | American Builders and Contractors Supply Co., Inc. | Dividend of 1.248%, Claim # 9 | 7100-000 | | 3,801.12 | 2,871.45 |
| 09/26/25 | 1010 | GALVAN EXTERIORS LLC | Dividend of 1.248%, Claim # 10 | 7100-000 | | 374.54 | 2,496.91 |
| 09/26/25 | 1011 | DANNY MONROE | Dividend of 1.248%, Claim # 11; Stopped on 12/29/2025 | 7100-004 | | 2,496.91 | 0.00 |
| 12/29/25 | 1011 | DANNY MONROE | Dividend of 1.248%, Claim # 11; Stopped: Check issued on 09/26/2025 | 7100-004 | | -2,496.91 | 2,496.91 |
| 01/12/26 | 1012 | DANNY MONROE | Re-cut distribution check | 7100-000 | | 2,496.91 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **18,487.50** | **18,487.50** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **18,487.50** | **18,487.50** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$18,487.50** | **$18,487.50** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******0718** | **18,487.50** | **18,487.50** | **0.00** |
| | **$18,487.50** | **$18,487.50** | **$0.00** |